

# CRIMINAL DOCKET – U.S. District Court

| | | |
|---|---|---|
| TY OFFENSE PO ☐ | JUDGE/MAGISTRATE Assigned | |
| OR OFFENSE MO ☐ | 0208 1    0839X | vs.   MILLER, ALAN |
| SDEMEANOR Mis ☐ | District / Office   Disp./Sentence | (LAST, FIRST, MIDDLE) |
| FELONY Fel X | | |

Case Filed: 06-28-77  No. of Def's: 05  Docket No. 0493-03
U.S. MAG. CASE NO. 77-772

## OFFENSES CHARGED

| U.S. TITLE/SECTION | | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Consp. to rob U.S. property. | 1 |
| 18:2112 | Robbery of U.S. property. | 2 |

BAIL • RELEASE — AMT Denied, Set $000

## II. KEY DATES & INTERVALS

**ARREST or**
- U.S. Custody Began: *6/17/77
- Summons Served:
- First Appearance: 6/17/77

**INDICTMENT** ☒
- High Risk Date:
- Information ☐: 6-28-77
- Indict. Waived ☐
- Superseding Indict/Info ☐
- In Charging District

**ARRAIGNMENT**
- Trial Set For:
- 1st Plea: 7-7-77  NG ☒
- Final Plea: 8-11-77  G ☒

**TRIAL**
- Voir Dire ☐
- Trial Began ☐
- Trial Ended ☐

**SENTENCE**
- Disposition of Charges: 9-28-77
- Convicted ☐ On All Charges ☐
- Acquitted ☐ On Lesser Offense(s) ☐
- Dismissed ☐

## MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | INITIAL APPEARANCE DATE | 6/17/77 | | DISMISSED ☐ |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION - Date Scheduled | 7/27/77 | KS08AK | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ |
| Arrest Warrant Issued | | | REMOVAL HEARING - Date Held | | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW ☐ |
| COMPLAINT | 6/17/77 | KS08AK | WAIVED ☐  NOT WAIVED ☒☒  INTERVENING INDICTMENT ☐ | Tape Number | | |

**OFFENSE (In Complaint):** ROBBERY: 18 USC 641 and 2

**U.S. Attorney or Asst.**
Peter N. Duhamel
791-1921

**ATTORNEYS** Defense: ☒ CJA
James V. McGovern
233 Broadway, N.Y.C. 10007  Room 660
227-4530

*Show last names and suffix numbers of other defendants on same indictment/information:

**Murphy-1;Nealy-2;Gaines-4;Floyd-5.**

| DATE | (DOCUMENT NO.) PROCEEDINGS | EXCLUDABLE DELAY (a)(b)(c)(d) |
|---|---|---|
| 6/17/77 | Deft presented, CJA James McGovern assigned, 233 B'Way NYC, Deft remanded in lieu of $5,000 C/S with PSA supervision. | |
| 6/28/77 | INDICTMENT FILED, 77CR493......Brieant,J. | |
| 7-7-77 | Deft. (atty. James McGovern present) pleads not guilty. Deft. continued remanded in lieu of bail fixed at $50,000 cash or surety. Case assigned to Bonsal,J. for all purposes. .........Ward,J. | |
| 06-15-77 | Filed deft.'s notice of motion re: bill of particulars, discovery, notice of Govt.'s Intention to Introduce,etc. | |
| 07-27-77 | Pre-trial conf. held.  9-1-77 set for trial. Bonsal,J. | 2   7-27   E   1 |
| 08-11-77 | Dft. (in custody) plead Guilty to ct 2. P.S.I. ordered Sent date to be set by Judge Bonsal. Remanded. Goettel. | |
| 08-19-77 | Filed Notice of Appearance by James V.McGovern,atty for deft. | |
| 09-28-77 | Filed JUDGMENT (atty. James McGovern) Ct.2- 5 yrs. impr. Ct. 1-dismissed on deft.'s motion. Bonsal,J. issued all copies. | |
| 10-12-77 | Filed Magistrate's temporary commitment dated 6-17-77. | |

(over)

FORM AO-256

| DATE | IV. PROCEEDINGS (continued) — PAGE TWO (DOCUMENT NO.) | V. EXCLUDABLE DELAY — Interval Section (a) | Start Date End Date (b) | Ltr. Code (c) | Total Days (d) |
|---|---|---|---|---|---|
| 10-06-77 | Deft. del. to MCC on 9/28/77. Issued all copies. | | | | |
| 11-30-77 | Filed CJA 20 approval for payment of fees of atty. J. McGovrn. Bonsal, J. issued all copies. | | | | |
| 12-9-77 | Filed transcript of record of proceedings, dated 8-11-77. | | | | |
| 06-05-78 | Filed writ of habeas corpus ad testificandum. 5-26-78 writ satisfied upon the appl. of AUSA Denton. Knapp, J. | | | | |

LETTE[R] — For Iden[tifying] Periods [of excluda]ble Del[ay] U.S.C. 3[161(h)]

A. Exam[ination,] hear[ing on] men[tal or] phys[ical in]cap[acity] U.S.[C.]

B. NAR[COTICS] natio[nal] U.S.C.

C. State trials charg[e]

D. Inter[locutory] Appe[al]

E. Hear[ing on] pretr[ial motions]

F. Tran[sfer from] other [district] (per Rules & 40)

G. Defe[renda]tion [for] unde[rtake]men[ts] up to [which] is ex[cludable] per 3161

H. Misc[ellaneous] Proc[eedings,] Prob[ation,] Paro[le] tion, tion, Extra[dition]

I. Pros[ecutor de]ferre[d,] mutu[al agree]men[t]

M. Unav[ailability] of de[fendant] or es[sential] witne[ss]

N. Peric[d of men]tal or [physical] incor[porating] of de[fendant] stand[ing]

O. Peric[d of] NAR[COTICS] mitm[ent to] Treat[ment]

P. Supe[rseding] indic[tment] and/[or] charg[es]

R. Defe[ndant] awai[ting trial] of C[o-defen]dant [who has not] seve[red but has] been [joined]

T. Cont[inuance] Gran[ted per] 3161 (i.e. ends of justic[e,] plexi[ty] outw[eighs de]fend[ant's and public's] inter[est])

U. Time [between] guilty plea [and] draw[al]

W. Gran[ted] dictr[ict] tend[ered per] 3161